NO. 07-07-0501-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 11, 2008

_____

LARRY DONELL WILSON, SR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE DISTRICT COURT OF DONLEY COUNTY;

NO. 3423; HONORABLE JOHN T. FORBIS, JUDGE[1]

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ABATEMENT AND REMAND**

Appellant, Larry Donell Wilson, Sr., filed a notice of appeal from the trial court's order deferring adjudication of guilt for arson. A copy of the Trial Court's Certification of Defendant's Right of Appeal was filed with the notice of appeal. However, the form does

_____

[1]Sitting by assignment.

not comply with Rule 25.2(d) of the Texas Rules of Appellate Procedure nor is it signed by Appellant as required by the Rule.[2]

Consequently, we abate this appeal and remand the cause to the trial court for further proceedings. Upon remand, the trial court shall utilize whatever means necessary to secure a Certification of Defendant's Right of Appeal in compliance with Rule 25.2(d).[3] Once properly executed, the certification shall be included in the clerk's record currently due to be filed on January 31, 2008.

It is so ordered.

Per Curiam

Do not publish.

---

[2]Rule 25.2(d) was amended to require that a defendant sign the certification and receive a copy. The amendment became effective September 1, 2007.

[3]The proper form for Certification of Defendant's Right of Appeal is contained in Appendix D of the supplement to the Texas Rules of Appellate Procedure.